# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2010

141744

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PATRICE M. MASON and
SHARL MASON,
      Plaintiffs-Appellants,

v

           SC: 141744
           COA: 289719
           Wayne CC: 07-710258-NF

AUTO CLUB INSURANCE ASSOCIATION
a/k/a ACIA a/ka AAA MICHIGAN,
      Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the August 3, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2010

_____
Clerk

p1213